# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

**DAVID E. WILLIAMS,**                                    **JUDGMENT IN A CIVIL CASE**

           **Petitioner,**

   **v.**                                                        **09-cv-024-bbc**

**WISCONSIN COURT OF APPEALS,
DISTRICT I, SECRETARY OF THE
WISCONSIN DEPARTMENT OF
CORRECTIONS, and THE ATTORNEY
GENERAL OF THE STATE OF
WISCONSIN,**

           **Respondent.**

---

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

that the petition of David E. Williams for a writ of habeas corpus is DISMISSED WITHOUT PREJUDICE for petitioner's failure to obtain the authorization required by 28 U.S.C. §2244(b)(3)(A).

**PETER A. OPPENEER**

_____
**Peter A. Oppeneer, Clerk**

**Connie A. Korth**                                                  **2/3/09**
_____          _____
**by Deputy Clerk**                                                  **Date**